United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL LEE MONTGOMERY, TDCJ #01028676, Petitioner, v. BOBBY GUERRERO, Director, Texas Department of Criminal Justice - Correctional Institutions Division, Respondent. | § § § § § § § § § § § § § § CIVIL ACTION NO. H-24-2951 |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 6th day of February, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE